■ In the Matter of Isaac L. Cohen, Appellant, v Drexel Burnham Lambert, Inc., Respondent.—In a proceeding pursuant to CPLR 7511 to vacate an arbitration award, the petitioner appeals from a judgment of the Supreme Court, Nassau County (Wager, J.), dated June 3, 1988, which, *inter alia,* denied the petitioner's application to vacate the award and granted the respondent's application to confirm the award.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Wager at the Supreme Court.

The remaining issues raised by the appellant were not raised before the Supreme Court, and are, therefore, unpreserved for our review. Bracken, J. P., Brown, Kunzeman and Sullivan, JJ., concur.